COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| Steve Mossman, in his official capacity as Denton County Tax Assessor-Collector, | § | No. 08-13-00245-CV |
| | § | |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | 431st District Court |
| | § | |
| Banatex LLC, | § | of Denton County, Texas |
| | § | |
| Appellee. | § | (TC# 2012-71334-431) |

## O R D E R

It is the ORDER of this Court that the brief of the Appellant, Steve Mossman, in his official capacity as Denton County Tax Assessor-Collector, received in the Clerk's Office on September 16, 2013, not be filed because it fails to comply with the Rules of Appellate Procedure. The brief does not: (1) give a complete list of all of the parties and the names and addresses of all trial and appellate counsel, TEX.R.APP.P. 38.1(a); (2) include a table of contents with references to the pages of the brief, TEX.R.APP.P. 38.1(b); and (3) include an index of authorities arranged alphabetically and indicating the pages of the brief where the authorities are cited, TEX.R.APP.P. 38.1(c). Further, the statement of facts section of the brief must include citations to the record (not the appendix attached to the brief). TEX.R.APP.P. 38.1(g). The brief also does not include a certificate of compliance stating the number of words in the document. TEX.R.APP.P. 9.1(i)(3). Therefore, the above mentioned brief is being returned and a corrected brief shall be prepared and filed with this Court on or before October 7, 2013.

IT IS SO ORDERED this 17th day of September, 2013.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.